**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Highway Solutions, LLC
c/o Anne S. Marcato
Registered Agent
552 Oliver Road
Montgomery, AL  36117

2. Article Number (Transfer from service label)
7002 2030 0004 1449 8464

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Bob Mate    ☐ Agent  ☐ Addressee

B. Received by (Printed Name)
Bob Matell

C. Date of Delivery
5-15-07

D. Is delivery address different from item 1? ☐ Yes  ☐ No
If YES, enter delivery address below:
07cv 415-ID
S+C

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered      ☑ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes