IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **WHITNEY NATIONAL BANK,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) CIV. ACT. NO. 2:07cv415-ID |
| v. | ) |
| | ) |
| **HIGHWAY SOLUTIONS, LLC, et al.,** | ) |
| | ) |
| **Defendants.** | ) |

## ORDER

Upon CONSIDERATION of Defendant Highway Solutions, LLC's motion to dismiss or, alternatively, to quash purported service, filed June 4, 2007 (Doc. No. 6), it is ORDERED that Plaintiff show cause, if any there be, or before June 19, 2007, why said motion should not be granted.

DONE this 5th day of June, 2007.

/s/ Ira Dement
SENIOR UNITED STATES DISTRICT JUDGE