**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| **WHITNEY NATIONAL BANK,** | \* |
| **Plaintiff,** | \* |
| v. | \*   CASE NO.: 2:07-cv-415-ID |
| **HIGHWAY SOLUTIONS, LLC;** | \* |
| **MICHAEL C. MARCATO and** | \* |
| **ANNE S. MARCATO,** | \* |
| **Defendants.** | \* |

## CORPORATE DISCLOSURE STATEMENT

In accordance with the order of this Court, the undersigned party to the above-captioned matter does hereby make the following disclosure concerning parent companies, subsidiaries, affiliates, partnership, joint ventures, debtor, creditors' committee, or other entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

There are no entities to be reported.

/s J. David Martin
Robert D. Segall (ASB-7354-E68R)
J. David Martin (ASB-7387-A54J)
Copeland, Franco, Screws & Gill, P.A.
444 South Perry Street (36104)
Post Office Box 347
Montgomery, Alabama 36101-0347
Telephone:   (334) 834-1180
Facsimile:   (334) 834-3172
Email:  segall@copelandfranco.com
Email:  martin@copelandfranco.com

**COUNSEL FOR DEFENDANTS,
Highway Solutions, LLC
Michael and Anne Marcato**

2

**CERTIFICATE OF SERVICE**

    I hereby certify that on 5th of June, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

- **Dennis R. Bailey**
  drb@rsjg.com, pk@rsjg.com
- **Bowdy Jerome Brown**
  bjb@rsjg.com

                                      /s/ J. David Martin
                                      Of Counsel