AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 06/11/07 |
| NAME OF SERVER (PRINT) Larry Michael Newton | TITLE Runner |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served:

    David Martin's Office

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 06/11/07
    *Date*      *Signature of Server*

184 Commerce St. Montgomery, AL
*Address of Server*

RETURNED AND FILED
JUN 1 2 2007
CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____MIDDLE_____ District of _____ALABAMA_____

WHITNEY NATIONAL BANK

V.

HIGHWAY SOLUTIONS, LLC; MICHAEL C. MARCATO and ANNE S. MARCATO

**ALIAS**

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:   2:07-CV-415

TO: (Name and address of Defendant)

Michael Marcato
c/o David Martin
Copeland, Franco, Screws & Gill
Post Office Box 347
Montgomery, Alabama  36101-0347

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Dennis R. Bailey
Bowdy J. Brown
Rushton, Stakely, Johnston & Garrett
Post Office Box 270
Montgomery, Alabama  36101-0270

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*

CLERK

(By) DEPUTY CLERK

DATE   6/11/07

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 06/11/07 |
| NAME OF SERVER (PRINT) Larry Michael Newton | TITLE Runner |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served:

   David Martin's office

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  06/11/07
                   Date                    Signature of Server

184 Commerce St. Montgomery, AL
Address of Server

RETURNED AND FILED

JUN 12 2007

CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __ALABAMA__

WHITNEY NATIONAL BANK

V.

HIGHWAY SOLUTIONS, LLC; MICHAEL C. MARCATO and ANNE S. MARCATO

**ALIAS**

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:07-CV-415

TO: (Name and address of Defendant)

Anne S. Marcato
c/o David Martin
Copeland, Franco, Screws & Gill
Post Office Box 347
Montgomery, Alabama  36101-0347

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Dennis R. Bailey
Bowdy J. Brown
Rushton, Stakely, Johnston & Garrett
Post Office Box 270
Montgomery, Alabama  36101-0270

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*          6/11/07

CLERK                       DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 06/11/07 |
| NAME OF SERVER (PRINT) Larry Michael Newton | TITLE Runner |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served:
  David Martin's Office

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
  Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  06/11/07
             Date          Signature of Server

184 Commerce St. Montgomery, AL
             Address of Server

RETURNED AND FILED

JUN 1 2 2007

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

MIDDLE District of ALABAMA

WHITNEY NATIONAL BANK

V.

HIGHWAY SOLUTIONS, LLC; MICHAEL C. MARCATO and ANNE S. MARCATO

**ALIAS**

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:07-CV-415

TO: (Name and address of Defendant)

Highway Solutions, LLC
c/o David Martin
Copeland, Franco, Screws & Gill
Post Office Box 347
Montgomery, Alabama 36101-0347

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Dennis R. Bailey
Bowdy J. Brown
Rushton, Stakely, Johnston & Garrett
Post Office Box 270
Montgomery, Alabama 36101-0270

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*                                              6/11/07

CLERK                                                            DATE

(By) DEPUTY CLERK