IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **WHITNEY NATIONAL BANK,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) CIV. ACT. NO. 2:07cv415-ID |
| v. | ) |
| | ) |
| **HIGHWAY SOLUTIONS, LLC, et al.,** | ) |
| | ) |
| **Defendants.** | ) |

**ORDER**

Upon CONSIDERATION of Defendant Highway Solutions, LLC's motion to dismiss or, alternatively, to quash purported service, filed June 4, 2007 (Doc. No. 6), and Plaintiff Whitney National Bank's response in which Plaintiff represents that the issue of service of process has been resolved (Doc. No. 15), it is ORDERED that said motion be and the same is hereby DENIED as moot.

DONE this 15th day of June, 2007.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE