**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| **WHITNEY NATIONAL BANK,** | * | |
| | * | |
| **Plaintiff,** | * | |
| | * | |
| **v.** | * | **CASE NO.: 2:07-cv-415-ID** |
| | * | |
| **HIGHWAY SOLUTIONS, LLC;** | * | |
| **MICHAEL C. MARCATO and** | * | |
| **ANNE S. MARCATO,** | * | |
| | * | |
| **Defendants.** | * | |

**ANSWER**

Defendant Highway Solutions, LLC, by and through undersigned counsel, hereby answers the allegations of Plaintiff's Complaint as follows:

1.    Admitted.

2.    Admitted.

3.    Admitted.

4.    Admitted.

5.    Admitted.

6.    Admitted.

7.    Admitted.

8.    Admitted.

9.    Admitted.

10.    Admitted.

11.    Admitted.

12.    Admitted.

13.     Admitted.

14.     Admitted.

15.     Admitted.

16.     Admitted.

17.     Admitted.

18.     Admitted.

19.     Admitted.

20.     Admitted.

21.     Admitted.

22.     Admitted.

23.     Admitted.

## **COUNT I**

24.     Highway Solutions realleges its answers to the preceding paragraphs of the complaint as if fully set forth herein.

25.     Highway Solutions denies the material allegations of this paragraph and demands strict proof thereof.

26.     Highway Solutions denies the material allegations of this paragraph and demands strict proof thereof.

27.     Highway Solutions denies the material allegations of this paragraph and demands strict proof thereof.

28.     Highway Solutions denies the material allegations of this paragraph and demands strict proof thereof.

29.    Highway Solutions denies the material allegations of this paragraph and demands strict proof thereof.

30.    Highway Solutions denies the material allegations of this paragraph and demands strict proof thereof.

31.    Highway Solutions denies the material allegations of this paragraph and demands strict proof thereof.

32.    Highway Solutions denies the material allegations of this paragraph and demands strict proof thereof.

33.    Highway Solutions denies the material allegations of this paragraph and demands strict proof thereof.

34.    Highway Solutions denies the material allegations of this paragraph and demands strict proof thereof.

35.    Highway Solutions denies the material allegations of this paragraph and demands strict proof thereof.

36.    Highway Solutions denies the material allegations of this paragraph and demands strict proof thereof.

37.    Highway Solutions denies the material allegations of this paragraph and demands strict proof thereof.

38.    Highway Solutions denies the material allegations of this paragraph and demands strict proof thereof.

39.    Highway Solutions denies the material allegations of this paragraph and demands strict proof thereof.

40.     Highway Solutions denies the material allegations of this paragraph and demands strict proof thereof.

41.     Highway Solutions denies the material allegations of this paragraph and demands strict proof thereof.

42.     Highway Solutions denies the material allegations of this paragraph and demands strict proof thereof.

43.     Highway Solutions denies the material allegations of this paragraph and demands strict proof thereof.

44.     Highway Solutions denies the material allegations of this paragraph and demands strict proof thereof.

45.     Highway Solutions denies the material allegations of this paragraph and demands strict proof thereof.

46.     Highway Solutions denies the material allegations of this paragraph and demands strict proof thereof.

47.     Highway Solutions denies the material allegations of this paragraph and demands strict proof thereof.

48.     Highway Solutions denies the material allegations of this paragraph and demands strict proof thereof.

49.     Highway Solutions denies the material allegations of this paragraph and demands strict proof thereof.

50.     Highway Solutions denies the material allegations of this paragraph and demands strict proof thereof.

51.    Highway Solutions denies the material allegations of this paragraph and demands strict proof thereof.

52.    Highway Solutions denies the material allegations of this paragraph and demands strict proof thereof.

## COUNT II

53.    Highway Solutions realleges its answers to the preceding paragraphs of the complaint as if fully set forth herein.

54.    Admitted.

55.    Admitted.

56.    Highway Solutions denies the material allegations of this paragraph and demands strict proof thereof.

57.    Highway Solutions can neither admit nor deny the allegations of this paragraph of the Complaint as Plaintiff's allegation refers to an unidentified date.

58.    Highway Solutions denies the material allegations of this paragraph and demands strict proof thereof.

59.    Highway Solutions denies the material allegations of this paragraph and demands strict proof thereof.

60.    Highway Solutions denies the material allegations of this paragraph and demands strict proof thereof.

61.    Highway Solutions denies the material allegations of this paragraph and demands strict proof thereof.

62.    Highway Solutions denies the material allegations of this paragraph and demands strict proof thereof.

63.     Highway Solutions denies the material allegations of this paragraph and demands strict proof thereof.

## COUNT III

64.     Highway Solutions realleges its answers to the preceding paragraphs of the complaint as if fully set forth herein.

65.     Admitted.

66.     Admitted.

67.     Highway Solutions denies the material allegations of this paragraph and demands strict proof thereof.

## COUNT IV

68.     Highway Solutions realleges its answers to the preceding paragraphs of the complaint as if fully set forth herein.

69.     Highway Solutions denies the material allegations of this paragraph and demands strict proof thereof.

70.     Highway Solutions denies the material allegations of this paragraph and demands strict proof thereof.

71.     Highway Solutions denies the material allegations of this paragraph and demands strict proof thereof.

72.     Highway Solutions denies the material allegations of this paragraph and demands strict proof thereof.

73.     Highway Solutions denies the material allegations of this paragraph and demands strict proof thereof.

## AFFIRMATIVE DEFENSES

1.      Highway Solutions pleads the general issue and denies each and every material allegation of Plaintiff's Complaint and demands strict proof thereof.

2.      The claims set forth in Plaintiff's complaint fail to state a claim upon which relief can be granted.

3.      Highway Solutions pleads set-off.

4.      Highway Solutions alleges that Plaintiff was contributorily negligent, assumed the risk or otherwise has unclean hands.

5.      Highway Solutions reserves the right to assert a counterclaim or third party claim relating to the allegations asserted in the Complaint.

6.      Highway Solutions raises the protections afforded it pursuant to the Chapter 11 Bankruptcy filings of Anne and/or Michael Marcato in the United States Bankruptcy Court for the Middle District of Alabama, Case No. 07-30824.

s/J. David Martin
Robert D. Segall (ASB-7354-E68R)
J. David Martin (ASB-7387-A54J)
Copeland, Franco, Screws & Gill, P.A.
444 South Perry Street (36104)
Post Office Box 347
Montgomery, Alabama 36101-0347
Telephone:     (334) 834-1180
Facsimile:     (334) 834-3172
Email:  segall@copelandfranco.com
Email:  martin@copelandfranco.com

**COUNSEL FOR DEFENDANTS,**
**Highway Solutions, LLC**
**Michael and Anne Marcato**

8

## CERTIFICATE OF SERVICE

I hereby certify that on 2nd day of July, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

- **Dennis R. Bailey**
  drb@rsjg.com, pk@rsjg.com
- **Bowdy Jerome Brown**
  bjb@rsjg.com

s/J. David Martin
Of Counsel
