IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **WHITNEY NATIONAL BANK,** | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | *   CASE NO.: 2:07-cv-415-ID |
| | * |
| **HIGHWAY SOLUTIONS, LLC;** | * |
| **MICHAEL C. MARCATO and** | * |
| **ANNE S. MARCATO,** | * |
| | * |
| Defendants. | * |

## NOTICE OF STAY OF PROCEEDINGS

Defendants Michael C. Marcato and Anne S. Marcato, by and through undersigned counsel, hereby inform the Court that on June 10, 2007, they filed a voluntary Chapter 11 Petition in the United States Bankruptcy Court for the Middle District of Alabama (Case No. 07-30824).

WHEREFORE, pursuant to Title 11 U.S.C. § 362 of the Bankruptcy Code, Defendants Michael C. and Anne S. Marcato respectfully request that the instant cause be stayed as to them.

> s/J. David Martin
> Robert D. Segall (ASB-7354-E68R)
> J. David Martin (ASB-7387-A54J)
> Copeland, Franco, Screws & Gill, P.A.
> 444 South Perry Street (36104)
> Post Office Box 347
> Montgomery, Alabama 36101-0347
> Telephone:   (334) 834-1180
> Facsimile:   (334) 834-3172
> Email:  segall@copelandfranco.com
> Email:  martin@copelandfranco.com
>
> **COUNSEL FOR DEFENDANTS,**
> **Highway Solutions, LLC**
> **Michael and Anne Marcato**

## CERTIFICATE OF SERVICE

    I hereby certify that on this the 2nd day of July, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

- **Dennis R. Bailey**
  drb@rsjg.com, pk@rsjg.com
- **Bowdy Jerome Brown**
  bjb@rsjg.com

                                              s/J. David Martin
                                              Of Counsel