IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WHITNEY NATIONAL BANK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:07-cv-00415-ID-TFM |
| ) | |
| HIGHWAY SOLUTIONS, LLC; ) | |
| MICHAEL C. MARCATO and ) | |
| ANNE S. MARCATO, ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF APPEARANCE**

Comes now Gregory C. Cook of the law firm of Balch & Bingham LLP and gives notice of his appearance on behalf of plaintiff Whitney National Bank. It is requested that all pleadings, notices, orders, discovery, correspondence, memoranda, documents, and things be served upon the undersigned.

/s/ Gregory C. Cook
One of the Attorneys for Plaintiff
Whitney National Bank

**OF COUNSEL:**
Gregory C. Cook
BALCH & BINGHAM LLP
1710 6th Avenue North
Post Office Box 306
Birmingham, Alabama 35201-0306
Telephone: 205-226-3426
Facsimile: 205-488-5870
gcook@balch.com

917639.1

Dennis R. Bailey
Bowdy J. Brown
Bethany L. Bolger
RUSHTON STAKELY, JOHNSTON
  & GARRETT, P.A.
184 Commerce Street
Post Office Box 270
Montgomery, Alabama 36101-0270
Telephone: 334-206-3234
Facsimile: 334-262-0033
drb@rsjg.com
bjb@rsjg.com
bbolger@rsjg.com

## CERTIFICATE OF SERVICE

I certify that on July 10, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification to the persons whose addresses are listed below:

Robert D. Segall
J. David Martin
Copeland, Franco, Screws & Gill, P.A.
Post Office Box 347
Montgomery, Alabama 36101-0347
*Attorneys for Defendants Highway Solutions, LLC,
Michael C. Marcato and Anne S. Marcato*

/s/ Gregory C. Cook
Of Counsel