IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **WHITNEY NATIONAL BANK,** | \| |
| **PLAINTIFF** | \| |
| vs. | \|   CASE NO. 2:07-CV-415 |
| **HIGHWAY SOLUTIONS, LLC;** **MICHAEL C. MARCATO** and **ANNE S. MARCATO,** | \| |
| **DEFENDANTS** | \| |

## MOTION TO WITHDRAW

Come now Dennis R. Bailey and Bowdy J. Brown and move this Honorable Court to withdraw as counsel for Plaintiff on the grounds that Plaintiff has obtained other counsel to represent it. Attorney Gregory C. Cook of Balch & Bingham, Birmingham, Alabama, has entered his appearance on behalf of Plaintiff.

/s/ Dennis R. Bailey
/s/ Bowdy J. Brown
Dennis R. Bailey (4845-i71d)
Bowdy J. Brown
Attorneys for Plaintiff

RUSHTON, STAKELY, JOHNSTON & GARRETT, P.A.
184 Commerce Street
Post Office Box 270
Montgomery, Alabama 36101-0270
(334) 206-3234 (phone)
(334) 262-0033 (fax)
drb@rsjg.com (e-mail)

1

**CERTIFICATE OF SERVICE**

      I hereby certify that I have served a copy of the foregoing document upon the following counsel of record by placing a copy of same in the United States Mail, first class postage prepaid, on this the 18th day of July, 2007.

      Mr. Gregory C. Cook
      Balch & Bingham
      Post Office Box 306
      Birmingham, Alabama   35201-0306

      Mr. David Martin
      Copeland, Franco, Screws & Gill
      Post Office Box 347
      Montgomery, Alabama   36101-0347

      Mr. Jack B. Hinton, Jr.
      Gidiere, Hinton, Herndon & Christman
      904 Regions Tower
      60 Commerce Street
      Montgomery, Alabama   36104

      /s/ Dennis R. Bailey
      Of counsel