IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **WHITNEY NATIONAL BANK,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) CIV. ACT. NO. 2:07cv415-ID |
| v. | ) |
| | ) |
| **HIGHWAY SOLUTIONS, LLC, et al.,** | ) |
| | ) |
|     **Defendants.** | ) |

## ORDER

Upon CONSIDERATION of the motion filed by Bethany L. Bolger to withdraw as counsel for Plaintiff (Doc. No. 21), and for good cause shown, it is ORDERED that said motion be and the same is hereby GRANTED.

DONE this 18th day of July, 2007.

                        /s/ Ira DeMent
                        SENIOR UNITED STATES DISTRICT JUDGE