IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **WHITNEY NATIONAL BANK,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) CIV. ACT. NO. 2:07cv415-ID |
| v. | ) |
| | ) |
| **HIGHWAY SOLUTIONS, LLC, et al.,** | ) |
| | ) |
| Defendants. | ) |

**ORDER**

In an order entered July 18, 2007, the court directed the parties to show cause why the automatic stay, provided in 11 U.S.C. § 362(a), should not be applied to Defendant Highway Solutions, Inc. ("Highway Solutions"). In response to the court's order, Highway Solutions requests an extension of the automatic stay to encompass the claims asserted against it. (Doc. No. 25.) Plaintiff opposes a stay. (Doc. No. 26.) Having carefully considered the arguments of counsel, the court finds that an extension of the § 362(a) stay is not warranted. This action shall proceed as to Plaintiff's claims against Highway Solutions.

DONE this 31st day of July, 2007.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE