IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WHITNEY NATIONAL BANK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:07-cv-00415-ID-TFM |
| | ) |
| HIGHWAY SOLUTIONS, L.L.C.; | ) |
| MICHAEL C. MARCATO and | ) |
| ANNE S. MARCATO, | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF SERVICE OF INITIAL DISCLOSURES**

Please take notice that plaintiff Whitney National Bank's Initial Disclosures were served upon defendants through their attorneys via Federal Express on August 28, 2007.

Respectfully submitted,

/s/ Gregory C. Cook
One of the Attorneys for Plaintiff
Whitney National Bank

**OF COUNSEL:**

Gregory C. Cook
BALCH & BINGHAM LLP
1710 6th Avenue North
Post Office Box 306
Birmingham, Alabama 35201-0306
Telephone: 205-226-3426
Facsimile: 205-488-5870

927765.1

## **CERTIFICATE OF SERVICE**

I certify that on the 29th day of August, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification to the persons whose addresses are listed below:

Robert D. Segall
J. David Martin
Copeland, Franco, Screws & Gill, P.A.
Post Office Box 347
Montgomery, Alabama 36101-0347
*Attorneys for Defendants Highway Solutions, LLC,*
*Michael C. Marcato and Anne S. Marcato*

/s/ Gregory C. Cook
Of Counsel

927765.1   2