IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **WHITNEY NATIONAL BANK,** | * |
| **Plaintiff,** | * |
| v. | *   CASE NO.: 2:07-cv-415-ID |
| **HIGHWAY SOLUTIONS, LLC;** **MICHAEL C. MARCATO and** **ANNE S. MARCATO,** | * |
| **Defendants.** | * |

## NOTICE OF STAY OF PROCEEDINGS

Defendant Highway Solutions, LLC, by and through undersigned counsel, hereby informs the Court that on September 26, 2007, it filed a voluntary Chapter 11 Petition in the United States Bankruptcy Court for the Middle District of Alabama (Case No. 07-31461).

WHEREFORE, pursuant to Title 11 U.S.C. § 362 of the Bankruptcy Code, Defendant Highway Solutions, LLC respectfully request that the instant cause be stayed as to it.

s/J. David Martin
Robert D. Segall (ASB-7354-E68R)
J. David Martin (ASB-7387-A54J)
Copeland, Franco, Screws & Gill, P.A.
444 South Perry Street (36104)
Post Office Box 347
Montgomery, Alabama 36101-0347
Telephone:   (334) 834-1180
Facsimile:    (334) 834-3172
Email:  segall@copelandfranco.com
Email:  martin@copelandfranco.com

**COUNSEL FOR DEFENDANTS,**
**Highway Solutions, LLC**
**Michael and Anne Marcato**

2

**CERTIFICATE OF SERVICE**

    I hereby certify that on this the 26th day of September, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

- **Gregory Carl Cook**
  gcook@balch.com; cwicker@balch.com

                                s/J. David Martin
                                Of Counsel