IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WHITNEY NATIONAL BANK, | * |
| | * |
| Plaintiff, | * |
| | * CASE NO. 2:07cv415-1D |
| v. | * |
| | * |
| HIGHWAY SOLUTIONS, LLC, et al., | * |
| | * |
| Defendant. | * |

**SUGGESTION OF BANKRUPTCY**

COMES NOW Highway Solutions, by and through the undersigned counsel, for the limited purpose of giving notice that the company filed a petition of bankruptcy under Chapter 11 of the United States Bankruptcy Code in the Middle District of Alabama on September 26, 2007, and notice of the automatic stay pursuant to 11 U.S.C. 362. The bankruptcy case is denoted as Case No. 07-31461.

Respectfully submitted this the 12th day of October, 2007.

/s/Floyd R. Gilliland, Jr.
FLOYD R. GILLILAND, JR.
Attorney for Debtor

OF COUNSEL:
NIX HOLTSFORD GILLILAND HIGGINS & HITSON, P.C.
P. O. Box 4128
Montgomery, Alabama 36103
Tel: 334-215-8585
Fax: 334-215-7101

**CERTIFICATE OF SERVICE**

I hereby certify that on the 12th day of October, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing and/or a hard copy will be mailed to the following:

| | |
|---|---|
| Gregory C. Cook, Esq. | J. David Martin, Esq. |
| Balch & Bingham | Copeland, Franco, Screws & Gill |
| P. O. Box 306 | P. O. Box 347 |
| Birmingham, AL 35201-0306 | Montgomery, AL 36101-0347 |

/s/Floyd R. Gilliland, Jr.
FLOYD R. GILLILAND, JR.
Of Counsel