IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **WHITNEY NATIONAL BANK,** | * | |
| | * | |
|     **Plaintiff,** | * | |
| | * | |
| v. | * | CASE NO.: 2:07-cv-415-ID |
| | * | |
| **HIGHWAY SOLUTIONS, LLC;** | * | |
| **MICHAEL C. MARCATO and** | * | |
| **ANNE S. MARCATO,** | * | |
| | * | |
|     **Defendants.** | * | |

## CONFLICT DISCLOSURE STATEMENT

Comes now Michael Marcato and Anne S. Marcato, Defendants in the above-captioned matter, and, in accordance with the Order of this Court, make the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047, and state that both these Defendants are individuals.

This the 6th day of December, 2007.

 

/s J. David Martin
Robert D. Segall (ASB-7354-E68R)
J. David Martin (ASB-7387-A54J)
Copeland, Franco, Screws & Gill, P.A.
444 South Perry Street (36104)
Post Office Box 347
Montgomery, Alabama 36101-0347
Telephone:   (334) 834-1180
Facsimile:   (334) 834-3172
Email: segall@copelandfranco.com
Email: martin@copelandfranco.com

2

**COUNSEL FOR DEFENDANTS,**
**Highway Solutions, LLC**
**Michael and Anne Marcato**

## CERTIFICATE OF SERVICE

I hereby certify that on 6th of December, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

- **Gregory Carl Cook**
  gcook@balch.com; cwicker@balch.com

/s J. David Martin
Of Counsel