IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| WHITNEY NATIONAL BANK, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | CASE NO.: 2:07-cv-415-ID |
| | * | |
| HIGHWAY SOLUTIONS, LLC; | * | |
| MICHAEL C. MARCATO and | * | |
| ANNE S. MARCATO, | * | |
| | * | |
| Defendants. | * | |

**STATUS REPORT**

Defendants Highway Solutions, LLC, Michael C. Marcato and Anne S. Marcato hereby file the following status report regarding their respective bankruptcy proceedings:

1.  On September 27, 2007, this Court stayed this litigation as to Highway Solutions, LLC and ordered that the Defendants file a report on February 28, 2008 as to the status of their respective bankruptcies. [Doc. 37].[1]

2.  The bankruptcy proceeding initiated by Michael C. Marcato and Anne S. Marcato remains pending in the United States Bankruptcy Court for the Middle District of Alabama, Case Number 07-30824.

3.  The bankruptcy proceeding initiated by Highway Solutions, LLC remains pending in the United States Bankruptcy Court for the Middle District of Alabama, Case Number 07-31461.

---

[1] By Order dated July 18, 2007, the Court stayed this proceeding as to Defendants Michael C. Marcato and Anne S. Marcato. [Doc. 24].

This the 28th day of February, 2008.

/s  J. David Martin
Robert D. Segall (ASB-7354-E68R)
J. David Martin (ASB-7387-A54J)
Copeland, Franco, Screws & Gill, P.A.
444 South Perry Street (36104)
Post Office Box 347
Montgomery, Alabama 36101-0347
Telephone:    (334) 834-1180
Facsimile:     (334) 834-3172
Email:  segall@copelandfranco.com
Email:  martin@copelandfranco.com

**COUNSEL FOR DEFENDANTS,**
**Highway Solutions, LLC**
**Michael and Anne Marcato**

## CERTIFICATE OF SERVICE

I hereby certify that on the 28th of February, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

- **Gregory Carl Cook**
  gcook@balch.com; cwicker@balch.com

/s J. David Martin
Of Counsel