IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| WHITNEY NATIONAL BANK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2:07-CV-0415-ID |
| | ) | |
| HIGHWAY SOLUTIONS, LLC; | ) | |
| MICHAEL C. MARCATO and | ) | |
| ANNE S. MARCATO, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

This action is stayed pursuant to 11 U.S.C. § 362(a). (See Doc. Nos. 24, 37.) The Marcato Defendants and Defendant Highway Solutions, LLC, are hereby DIRECTED to notify the court, via a joint filing, no later than **July 21, 2008**, as to the status of their respective bankruptcy proceedings.

Done this 14th day of July, 2008.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE