IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| WHITNEY NATIONAL BANK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2:07-CV-0415-ID |
| | ) | |
| HIGHWAY SOLUTIONS, LLC; | ) | |
| MICHAEL C. MARCATO and | ) | |
| ANNE S. MARCATO, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

This action is stayed pursuant to 11 U.S.C. § 362(a).  (See Doc. Nos. 24, 37.)  On July 14, 2008, the Marcato Defendants and Defendant Highway Solutions, LLC, notified the court that their respective bankruptcy proceedings remain pending in the United States Bankruptcy Court for the Middle District of Alabama.  (Doc. No. 45.)  Accordingly, it is

CONSIDERED and ORDERED that the parties notify the court *instanter* upon the resolution of the bankruptcy proceedings or earlier if relief from the automatic stay is obtained in the bankruptcy proceedings.  During the intervening time, on the 1st day of each month, the parties are DIRECTED to report to the court, via a filing, as to the status of the bankruptcy proceedings.

Done this 15th day of July, 2008.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE